IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 26-cr-00129-SKC

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MARIO LUCERO,
2. ESAI MAESTAS TORRES

Defendants.

---

**INDICTMENT**

---

The Grand Jury charges:

**COUNT 1**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES, by force and violence, and by intimidation did take from the person or presence of another, money and other things of value belonging to and in the care, custody, control, management, and possession of U.S.Bank, located at 1130 Bonforte Blvd., Puebo, Colorado 81001, whose monies and deposits were than and are insured by the Federal Deposit Insurance Corporation, and further, in committing such offense forced a person J.S. to accompany them without the consent of J.S., and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a) and (e) and 2.

**COUNT 2**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 1 above, and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT 3**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES took a motor vehicle to wit: the Chevrolet Bolt with VIN # 1G1FZ6S04L4125878, that had been transported, shipped, and received in interstate and foreign commerce from and in the presence of C.B. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT 4**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Carjacking, as set forth in Count 3 above, and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT 5**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES took a motor vehicle, to wit: the Audi Q5, with VIN # WA1LFAFPXEA105372 that had been transported, shipped, and received in interstate and foreign commerce from the person, and in the presence of E. J-M., S.J. and E.M. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT 6**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit: Carjacking, as set forth in Count 5 above, and intentionally did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**COUNT 7**

On or about March 27, 2026, in the State and District of Colorado, the defendants, MARIO LUCERO and ESAI MAESTAS TORRES attempted to take a motor vehicle, to wit: the Nissan Rogue, with VIN # KNMAT2MT6FP531232 that had been transported, shipped, and received in interstate and foreign commerce from the person, and in the presence of L.A.C. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, and intentionally did aid, abet, counsel, command, induce and

procure the same.

All in violation of Title 18, United States Code, Sections 2119 and 2.

**COUNT 8**

On or about March 27, 2026, in the State and District of Colorado, the defendant, MARIO LUCERO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 9**

On or about March 27, 2026, in the State and District of Colorado, the defendant, ESAI MAESTAS TORRES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture Allegation**

1. The allegations contained in Counts 1 through 9 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 981(a)(1)(, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) alleged in Count 1 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2641, any and all of the defendant's right, title and interest in

all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant;

3. Upon conviction of the violation(s) alleged in Counts 2, 4, 6, 8, and 9, defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved including but not limited to the following items seized by law enforcement:

(1) the Derya Arms, 12 gauge with serial number R597215;

(2) the privately made AR-pistol without a serial number; and

(3) and all recovered ammunition.

4. Upon conviction of the violation(s) alleged in Counts 3, 5, and 7 defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(5), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the defendant.

5. If any of the property described in paragraphs 2, 3 and 4 above, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

PETER MCNEILLY
United States Attorney

*s/ Daniel R. McIntyre*
DANIEL R. MCINTYRE
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: daniel.mcintyre@usdoj.gov